**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 3:07cr35/MCR

EMANUEL GRACIA
_____/

## ORDER RESCHEDULING TRIAL FOR JUNE 4, 2007

A hearing on Defendant's Motion to Suppress was held in this matter on May 1, 2007. During the hearing and after the Government's presentation of evidence not previously disclosed, Defendant requested a continuance of the motion hearing and the trial scheduled to commence May 7, 2007. The motion hearing was continued and will resume at a mutually convenient time within the next two weeks, but after commencement of the May 7, 2007 trial docket. Therefore, I find that a reasonable delay of the trial from May 7, 2007, until June 4, 2007, is appropriate, for the reasons set forth during the afore-mentioned motion hearing. I find that the ends of justice that will be served by granting this continuance outweigh the interest of the public and the defendant in a more speedy trial. Accordingly,

IT IS ORDERED:

Defendant's oral motion for continuance is GRANTED. The clerk shall re-notice the trial for June 4, 2007.

**SO ORDERED** this 2nd day of May, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**